# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◊
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◊
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*
———
J. TED DONOVAN
SERGIO J. TUERO*
JAY E. SIMENS
BRIAN W. KEMPER
M. BRIAN CRONK
JARED STEINBERG♦
AMANDA ZIFCHAK
AARON GOLDBLUM*
ANDREW C. ST. CYR
JACOB E. WOLLACH
SAMUEL KATZ
KELLY A. MOLLOY
RAVI VOHRA
ASHLEY M. KOENEN

125 PARK AVENUE
12TH FLOOR
NEW YORK, NY 10017
(212) 221-5700
TELECOPIER (212) 730-4518
———
BARRY E. ZWEIGBAUM
ARNOLD I. MAZEL
HARVEY GOLDSTEIN
BENJAMIN C. KIRSCHENBAUM
ROBERT KANDEL
ROBERT F. LINER
(OF COUNSEL)
———
EMANUEL GOLDBERG (1904 - 1988)
JACK WEPRIN (1930 - 1996)
BENJAMIN FINKEL (1905 - 1986)
———
*    ALSO MEMBER OF NEW JERSEY BAR
†    ALSO MEMBER OF MASSACHUSETTS BAR
◊    ALSO MEMBER OF CONNECTICUT BAR
°    ALSO MEMBER OF CALIFORNIA BAR
♦    ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

May 13, 2025

*Via ECF filing*
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

Re:  SPL Partners LLC
     Signature Lien Acquisitions III LLC v. Jewish Board et al.
     Case No. 21-42248 (ESS)
     Adv. Pro. No. 23-01078

## STATUS LETTER

Dear Judge Strong:

Please accept this status letter in advance of Friday's adjourned hearing. On May 1, 2025, the parties argued Plaintiff's motion for summary judgment to collect unpaid rents which continue to accrue. During the course of the hearing, counsel met for a settlement conference at Your Honor's urging, whereupon I outlined a three-pronged proposal in writing to resolve the matter based upon an immediate cash payment of $1,000,000 plus no further changes in the lease, plus appropriate collateral arrangements in the form of a warrant of eviction to be held in escrow to secure future payment of rent.

We scheduled a meeting with the Defendant's new investor for last week on Tuesday, May 6, 2025. Neither the defendant nor the investor appeared for the meeting and we received a woefully inadequate response from Mr. Del Virginia. I made a last and final proposal to Mr. Del Virgnia last week to which I have received no response except an email received this morning (in response to my sending him a preview of this letter) that the investor will confer today, without any details. Par for the course, there has been no follow up from Mr. Del Virgnia.

History is prologue – The lack of meaningful communications only confirms my client's long held belief that the Parking Garage has no intention to pay any rent or resolve the case and continues to buy time while it operates rent free.  Accordingly, I respectfully request that the Court rule upon the Plaintiff's pending motion for summary judgment.  Upon reviewing the pleadings, I note that the Court was correct that the Plaintiff is seeking monetary damages based on a turnover of unpaid rent.  I also note that the defense of constructive eviction was never raised in the Answer, nor does the Answer reference any prior payment of approximately $192,000.  At any rate, the rent is due without offset or defense under the lease as cited throughout Plaintiff's motion papers.

                                            Respectfully yours,

                                            /s/ Kevn J. Nash, Esq.

cc:      Gabriel Del Virgina, Esq.
           Mr. Tim Ziss